

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00779-CR

Clint Harrison **ELLER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A14676
Honorable N. Keith Williams, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is
AFFIRMED.

SIGNED April 10, 2019.

_____
Liza A. Rodriguez, Justice